UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JULIO GONZALEZ GUARDADO,

                    Petitioner,

        v.

RAUL MALDONADO JR., in his official capacity
as Warden, Metropolitan Detention Center;
JUDITH ALMODOVAR, in her official capacity
as Acting New York Field Office Director
for U.S. Immigration and Customs Enforcement;
PAMELA BONDI, in her official capacity
as Attorney General of the United States;
KRISTI NOEM, in her official capacity
as Secretary of Homeland Security; and
TODD M. LYONS, in his official capacity
as Acting Director, U.S. Immigration and Customs
Enforcement,

                    Respondents.

------------------------------------------------------------x

**ORDER TO SHOW CAUSE**
 26-cv-01170-OEM

ORELIA E. MERCHANT, United States District Judge:

Upon consideration of Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant

to 28 U.S.C. § 2241, Dkt. 1 (the "Petition"), IT IS HEREBY ORDERED that:

1. Petitioner shall cause a copy of this order and the Petition to be served on Respondents by **March 2, 2026**;

2. Petitioner shall file proof of service on the docket by **March 3, 2026**;

3. Respondents are ORDERED to file a return to the order to show cause why the Petition should not be granted by **March 5, 2026**, *see* 28 U.S.C. § 2243;

4. The parties are further ORDERED to appear before this Court for a hearing on the Petition on **March 10, 2026, at 10:30 a.m.** in Courtroom 6C South before Judge Orelia E. Merchant.

5. Moreover, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the Eastern District of New York until further order of this Court. *M.K. v. Joyce*, 25-cv-01935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise."); *see Local*

*1814, Int'l Longshoremen's Ass'n v. N.Y. Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, 'the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction.'" (alteration in original) (quoting *United States v. Int'l Bhd. of Teamsters*, 907 F.2d 277, 281 (2d Cir. 1990))); *Garcia-Izquierdo v. Gartner*, 04 Civ. 7377(RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case."); *cf. Michael v. I.N.S.*, 48 F.3d 657, 661-62 (2d Cir. 1995) (holding that the All Writs Act provides a federal court of appeals reviewing a final removal order with a basis to stay removal).

SO ORDERED.

         /s/
ORELIA E. MERCHANT
United States District Judge

Dated: Brooklyn, New York
       March 2, 2026

2